## CERTIFICATE OF JUDGMENT UNDER SECTION 2329.02
## OHIO REVISED CODE

UNITED STATE OF AMERICA

                             SS.

SOUTHERN DISTRICT OF OHIO

    I, _John Hehman_, Clerk of the United States District Court for the Southern District of Ohio, do certify that on _September 26, 2012_ there was entered in the record in this court, _Eastern Division_ at _Columbus_, Ohio in

| | |
|---|---|
| Case Number: | 2:12-cv-041 |
| Case Name: | Burgan Express for General Trading and Contracting Co., et al. v. Mark Anthony Atwood, et al. |
| Judgment in favor of: | Plaintiffs, Burgan Express for General Trading and Contracting Co. and Mahmoud Mohammed Abbas Hajia Khajah |
| and against: | Defendants, Mark Anthony Atwood and Wolfpack Security Services, Inc. |
| In the amount of: | $19,972,996.07 |

_____

Appeal filed/Pending

IN TESTIMONY WHEREOF, I have Hereunto set my hand and affixed the seal of this Court, at _Columbus_, Ohio this _2nd_ Day of _October_, A.D. _2012_.

## John P. Hehman, Clerk

BY: _____

_Edward Brown_, Deputy Clerk

_Revised 6/2011_

**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| BURGAN EXPRESS FOR GENERAL, TRADING AND CONTRACTING CO., *et al.*, | : : : : | Case No. 2:12-cv-041 |
| Plaintiffs, | : : | JUDGE ALGENON L. MARBLEY |
| v. | : : | |
| MARK ANTHONY ATWOOD, *et al.*, | : : | Magistrate Judge King |
| Defendants. | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 26, 2012 Opinion and Order, the Court GRANTED the Joint Motion for Summary Judgment. The Court takes notice of the judgment of the Kuwaiti Court of Appeals and **ORDERS** Defendants to pay Plaintiffs the sum of $19,972,996.07 (at the September 26, 2012 conversion rate of the Kuwaiti award of 5,610,361.154 KD, plus 30 KD in costs and fees). This action is hereby DISMISSED.

Date: September 26, 2012      **John Hehman, Clerk**

           s/Betty L. Clark
           Betty L. Clark/Deputy Clerk